# EXHIBIT 1

**Plan of Reorganization**