# EXHIBIT 2

### Projection of Five Year's Revenue and Expenses
### River North 414 LLC

| | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 | Total |
|---|---|---|---|---|---|---|
| Revenue | $ 1,200,000 | $ 1,248,000 | $ 1,297,920 | $ 1,349,837 | $ 1,403,830 | $ 6,499,587 |
| | | | | | | |
| Purchases | 264,000 | 274,560 | 285,542 | 296,964 | 308,843 | 1,429,909 |
| Direct Labor | 276,000 | 287,040 | 298,522 | 310,462 | 322,881 | 1,494,905 |
| | | | | | | |
| Total Cost of Goods Sold | 540,000 | 561,600 | 584,064 | 607,427 | 631,724 | 2,924,814 |
| | | | | | | |
| **Gross Profit** | $ 660,000 | $ 686,400 | $ 713,856 | $ 742,410 | $ 772,107 | $ 3,574,773 |
| | | | | | | |
| **Operating Expenses** | | | | | | |
| Advertising & Promotions | 168,000 | 174,720 | 181,709 | 188,977 | 196,536 | 909,942 |
| Bad Debt Expense | - | - | - | - | - | - |
| Credit Card Fees | 24,000 | 24,960 | 25,958 | 26,997 | 28,077 | 129,992 |
| Rent | 186,000 | 191,400 | 203,142 | 215,236 | 227,693 | 1,023,472 |
| Repairs and Maintenance | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 60,000 |
| Other Taxes and Licenses | 1,250 | 5,650 | 1,250 | 5,650 | 1,250 | 15,050 |
| Wages-Management | 87,900 | 87,900 | 87,900 | 87,900 | 87,900 | 439,500 |
| Equipment Leases | 3,300 | 3,300 | 3,300 | 3,300 | 3,300 | 16,500 |
| Interest | - | - | - | - | - | - |
| Utilities | 26,400 | 26,400 | 26,400 | 26,400 | 26,400 | 132,000 |
| Accounting & Legal Fees | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 30,000 |
| Insurance | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 90,000 |
| Other | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 30,000 |
| | | | | | | |
| **Total Operating Expenses** | $ 538,850 | $ 556,330 | $ 571,659 | $ 596,460 | $ 613,156 | $ 2,876,456 |
| | | | | | | |
| **Income From Operations** | $ 121,150 | $ 130,070 | $ 142,197 | $ 145,950 | $ 158,950 | $ 698,317 |
| | | | | | | |
| **Plan Payments** | - | 39,021 | 42,659 | 43,785 | 47,685 | 173,150 |