# EXHIBIT 4

*Debtor's Estimated Liquidation Value of Assets as of June 2, 2017*

|  | **Chapter 7 Liquidation** | **Chapter 11 Plan of Reorganization** |
|---|---|---|
| **ASSETS** | | |
| a. Cash on Hand[1] | $18,000 | $18,000 |
| b. Real Property | $0 | $0 |
| c. Accounts Receivable | $0 | $0 |
| d. Inventory | $5,000 | $0 |
| e. Office Furniture & Equipment | $20,000 | $0 |
| f. Lawsuits or Claims Against Third Parties | $0 | $0 |
| g. Total Distributions to Creditors[2] | $0 | $173,150 |
| *Total Assets* | **$43,000** | **$191,150** |
|  | | |
| **LIABILITIES** | | |
| Chapter 7 Trustee Fees and Expenses[3] | $20,000 | $0 |
| Chapter 11 Administrative Expenses[4] | $5,000 | $5,000 |
| Secured Claims | $0 | $0 |
| *Total Costs* | **$25,000** | **$5,000** |
|  | | |
| **Total Distributions** | **$18,000** | **$173,150** |
|  | | |
| Priority Tax Claims | $220,000 | $220,000 |
| *Priority Tax Claim Holder Recoveries*[5] | 1.8% | 100% |
| *Percentage of Claims Which Unsecured Creditors Would Receive*[6] | 0% | 11.9% |

## FOOTNOTES TO LIQUIDATION ANALYSIS

[1]   Cash on hand as of January 31, 2017 (approximate).

[2]   Uses amounts from River North's *Projection of Five Year's Revenues and Expenses*.

[3]   Amount equal to the estimated maximum statutory compensation allowed by section 326 of the Bankruptcy Code, plus approximately $15,000 in legal fees.

[4]   Includes professional fees and expenses and United States Trustee fees.

[5]   Assumes River North will continue to pay its tax claims in the ordinary course over the life of the Plan.

[6]   Liquidation analysis uses River North's *Projection of Five Year's Revenue and Expenses*. Analysis places value of $1,453,000 on unsecured claims.

*   All numbers are approximates and represent the reasonable best estimates of the Debtor and its professionals based on available information.