UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| RIVER NORTH 414, LLC, | ) | CASE NO. 16-17324 |
| | ) | |
| DEBTOR. | ) | HON. JANET S. BAER |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on **June 27, 2018, at 10:00 AM**, I shall appear before the Honorable Janet S. Baer, Bankruptcy Judge in Courtroom 615, at the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any other Bankruptcy Judge who may be sitting in her place and shall present the **United States Trustee's Motion to Dismiss Case Pursuant to 11 U.S.C. §1112(b) and for Other Relief**, a copy of which is attached hereto and is herewith served upon you.

*/s/ Stephen G. Wolfe*
Stephen G. Wolfe, Trial Attorney
Office of the U.S. Trustee
219 S. Dearborn St., Room 873
Chicago, Illinois  60604
(312) 886-7480

### CERTIFICATE OF SERVICE

I, Stephen G. Wolfe, an attorney, state that on June 14, 2018, pursuant to Local Rule 9013-1(D) the above **NOTICE OF MOTION** and the **UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. §1112(B) AND FOR OTHER RELIEF** were filed and served on all parties identified as Registrants on the Service List below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated.

/s/ Stephen G. Wolfe

# SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

- Thomas R. Fawkes        tomf@goldmclaw.com
- Harley J. Goldstein     harleyg@restructuringshop.com
- Sean P. Williams        seanw@restructuringshop.com
- Barry A. Chatz          bachatz@arnstein.com
- Edward P. Freud         epfreud@rfbnlaw.com
- Patrick M. Jones        pmj@patjonesPLLC.com
- Kevin H. Morse          khmorse@arnstein.com

**Parties Served via First Class Mail:**

Jesse T. Boyle
River North 414, LLC
414 North Orleans Street
Chicago, IL  60654

Republic Bank
2221 Camden Court
Oak Brook, IL  60523

Adam Cisek
11 S. 261 Saratoga
Lemont, IL  60439

Anuj Grover
1414 North Wells Street, Unit 608
Chicago, IL  60610

Chicago Department of Revenue
121 North LaSalle Street
Chicago, IL  60602

Chris Lorenzen
921 North Dearborn Street
Chicago, IL  60610

Com Ed
2100 Swift Drive
Oak Brook, IL  60523

Commonwealth Edison
3 Lincoln Center
Villa Park, IL  60181

Erin Lakshmanan
420 East Waterside Drive
Chicago, IL  60601

FGS Inc.
815 West Van Buren, Suite 302
Chicago, IL  60607

Hernan Ramirez
414 North Orleans Street
Chicago, IL  60610

Hoodz Inc.
65 Eisenhower Ln S
Lombard, IL  60148

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL  60654

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101

Intrestco LLC
148 Randhurst Village Drive, Suite 246
Mount Prospect, IL  60056

Jason Scheffler
3700 North Lake Shore Drive, Suite 304
Chicago, IL  60613

Jesse Boyle
1301 Degener Avenue
Elmhurst, IL  60126

Lou Canellis
233 East 13th Street
Chicago, IL  60605

Lou Katsioris
3965 Douglas Road
Downers Grove, IL  60516

Premium Themes
1301 Degener Avenue
Elmhurst, IL  60126

Purely Gourmet
Attn:  Abrams Abrams PC
180 West Washington, #910
Chicago, IL  60602

Scott Paddock
17359 Deer Point Drive
Orland Park, IL  60462

Seafood Merchants
900 Forest Edge Drive
Vernon Hills, IL  60061

Sean Mulroney & Associates
1142 West Madison Avenue, Suite 201
Chicago, IL  60607

Spectrum Properties
414 North Orleans Street, Suite 610
Chicago, IL  60654

Sysco Chicago Inc.
Attn:  Teller Levit Silvertrust
19 South LaSalle, #701
Chicago, IL  60603

Testa Produce
Attn:  Axelrod David J. & Assoc.
1448 Old Skokie Road
Highland Park, IL  60035

Trimark Marlinn
6100 West 73rd Street, Suite 1
Chicago, IL  60638

Wirtz Beverage
Attn:  Abrams Abrams PC
180 West Washington, #910
Chicago, IL  60602

Teller, Levitt, Silvertrust, P.C.
19 South LaSalle Street, Suite 701
Chicago, IL  60603

Rebecca M. Reyes Weininger
Blumberg & Associates, LLC
230 West Monroe Street, Suite 1125
Chicago, IL  60606

Illinois Dept. of Employment Security
Bankruptcy Unit Collection Subdivision
33 South LaSalle Street, 10th Floor
Chicago, IL  60603

Michael Lepir
1341 Gossett Mill Avenue
Chesterton, IN  46304

Scott Eng
119 Corsair Lane
Schaumburg, IL  60173

Ken Zaugh
1232 West Wellington Avenue
Chicago, IL  60657

Nick O'Meara
14920 South Keeler
Midlothian, IL  60445

Vincent Solacito
92 Robsart
Kenilworth, IL  60043

Ted Patras
1401 South Prairie
Chicago, IL  60605

Steve Mannos
1530 South State, #17N
Chicago, IL  60605

Steve Stratton
1804 North Mohawk
Chicago, IL  60614

Ryan Baker
111 South Aberdeen
Chicago, IL  60607

Robert Steinmetz
3318 South Throop
Chicago, IL  60608

Neeraj Jain
1707 North Burling
Chicago, IL  60614

Michael Smith
c/o Baker McKenzie
300 East Randolph, Suite 5000
Chicago, IL  60601

Mark Schwartz
155 Red Oak
Highland Park, IL  60035

Lisa Haggadorn
2208 West Diversey Drive, Unit C
Chicago, IL  60647

Kip Lewis
400 North Clinton Street, #409
Chicago, IL  60654

Julie Rouse
1800 West Roscoe, #220
Chicago, IL  60657

Jon Clopton
25 East 6th Street
Hinsdale, IL  60521

John Bintz
659 West Randolph, #414
Chicago, IL  60661

Jim Dimitriou
463 Hampshire Lane
Crystal Lake, IL  60014

Jackie Hokinson
5735 West 90th Street
Oak Lawn, IL  60453

Gerald Rouse
8767 Jefferson Avenue
Munster, IN  46321

Eric Nixon
822 Warrington Road
Deerfield, IL  60015

Devi Koya
2 West Delaware Place, #1702
Chicago, IL  60610

Bill Hughes
400 Bramble Lane
Barrington, IL  60010

Paul Hayden
8218 McCormick Boulevard
Skokie, IL  60076

Roberto Villanueva
414 North Orleans
Chicago, IL  60610

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| RIVER NORTH 414, LLC, | ) | CASE NO. 16-17324 |
| | ) | |
| DEBTOR. | ) | HON. JANET S. BAER |

**UNITED STATES TRUSTEE'S MOTION TO
DISMISS CASE PURSUANT TO 11 U.S.C. §1112(b) AND FOR OTHER RELIEF**

Patrick S. Layng, the United States Trustee for the Northern District of Illinois (the "U.S. Trustee"), by and through his attorney, Stephen G. Wolfe, moves pursuant to 11 U.S.C. § 1112(b), for an order dismissing the above captioned Chapter 11 case for "cause," (the "Motion") and for Other Relief. In support of the Motion, the U.S. Trustee states as follows:

### JURISDICTION

1.  This is a core proceeding concerning the administration of the estate pursuant to 28 U.S.C. § 157(b)(2)(A) which this Court may hear and determine pursuant to IOP 15(A) and LR 40.3.1 of the United States District Court for the Northern District of Illinois.

2.  Venue of this case in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.  The U.S. Trustee has standing to file the Motion under 11 U.S.C. § 307 and 28 U.S.C. § 586(a)(3).

### FACTUAL SUMMARY

4.  River North 414, LLC (the "Debtor"), commenced this case on May 24, 2016, by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

5.  On July 19, 2017, the Court entered an Order Approving Disclosure Statement and Confirming Debtor's Second Plan of Reorganization Dated June 2, 2017 (the "Confirmation Order"). (See Exhibit A, order only, without referenced exhibit).

6. Since the Court entered the Confirmation Order, the Debtor has failed to pay the statutory fees required by 28 U.S.C. § 1930(a)(6) in a timely manner. As of the date of this Motion, the Debtor has failed to pay the full amount of statutory fees due for the fourth quarter, 2017, and any fees for the first quarter, 2018. (See Group Exhibit B). The Debtor's failure to comply with its statutory obligation constitutes cause under 11 U.S.C. § 1112(b)(4)(K).

## ARGUMENT

## CAUSE EXISTS TO DISMISS THIS CASE

7. In relevant part, §1112(b) of the Bankruptcy Code provides that on the request of a party in interest, and after notice and a hearing, the court shall convert the case to Chapter 7 or dismiss the case, whichever is in the best interests of creditors of the estate, so long as the movant establishes "cause." *See* 11 U.S.C. § 1112(b)(1).

8. Section 1112(b)(4) sets forth a list of sixteen grounds that constitute "cause" for conversion or dismissal. *See* 11 U.S.C. § 1112(b)(4)(A)-(P). This list is not exhaustive, and a case may be dismissed or converted for causes other than those specifically identified in section 1112(b)(4). *See In re Tekena USA, LLC*, 419 B.R. 341, 346 (Bankr. N.D. Ill. 2009); *In Matter of Strug-Division, LLC*, 375 B.R. 445, 448 (Bankr. N.D. Ill. 2007).

### Cause Exists to Dismiss or Convert Because
### Debtor Failed to Pay U.S. Trustee Quarterly Fees

9. The failure to pay quarterly fees required by 28 U.S.C. § 1930 constitutes cause for dismissal or conversion. *See* 11 U.S.C. § 1112(b)(4)(K). Every Chapter 11 debtor is required to pay quarterly fees to the U.S. Trustee until the case is converted or dismissed. *See* 28 U.S.C. § 1930(a)(6). In addition, the U.S. Trustee may assess interest for unpaid fees. *See* 31 U.S.C. § 3717. As of the date of this Motion, the Debtor is delinquent with respect to $9,131.48 in statutory

fees and interest owed for the fourth quarter of 2017 and the first quarter of 2018, combined. The Debtor's failure to pay its statutory fees establishes cause for conversion or dismissal under §1112(b)(4)(K).

## CONCLUSION

10. Based on the foregoing the U.S. Trustee believes that cause exists under Section §1112(b) to convert or dismiss this case. In addition, under the circumstances of this case, the U.S. Trustee believes shortening and limiting notice of the Motion under Fed.R.Bankr.P. 9006(c) and dismissal of this case is appropriate.

WHEREFORE, the U.S. Trustee respectfully requests this Court enter an order shortening and limiting notice to that given, dismissing this case, and for such other relief as this Court deems just.

RESPECTFULLY SUBMITTED:

PATRICK S. LAYNG
UNITED STATES TRUSTEE

Dated: June 14, 2018     By:    */s/ Stephen G. Wolfe*
Stephen G. Wolfe, Trial Attorney
Office of the U.S. Trustee
219 S. Dearborn St., Room 873
Chicago, Illinois 60604
(312) 886-7480