## U. S. TRUSTEE QUARTERLY FEE STATEMENT
Pursuant to Fed. R. Bankr. P. 2015(a)(5)

CASE NAME: River North 414 LLC    CASE NO.: 16-17324

FOR CALENDAR QUARTER ENDING    December 31    , 20 17

### DISBURSEMENTS*

1.  | MONTH | DISBURSEMENTS |
    |---|---|
    | October 2017 | $ 180,308.24 |
    | November 2017 | $ 209,458.11 |
    | December 2017 | $ 188,770.92 |
    | TOTAL DISBURSEMENTS FOR QUARTER | $ 578,537.20 |

2. QUARTERLY FEE OWED PURSUANT TO 28 U.S.C. § 1930(A)(6)    $ 4,875.00

3. QUARTERLY FEE PAID (Attach proof of payment)    $ $650.00

4. AMOUNT OF UNPAID FEES (IF ANY)    $ $4,225.00

I, Jesse Boyle _____ acting as the duly authorized agent for the Debtor In Possession (Trustee) (Plan Administrator) declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this U.S. Trustee Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: 2/12/2018    _____
For the Debtor In Possession (Trustee) (Plan administrator)

(Print or type name and capacity of person signing this Declaration).    Jesse Boyle
Manager

* For periods subsequent to plan confirmation, this includes payments pursuant to the confirmed plan as well as all other disbursements.

EXHIBIT "D"

## U. S. TRUSTEE QUARTERLY FEE STATEMENT
Pursuant to Fed. R. Bankr. P. 2015(a)(5)

CASE NAME: River North 414 LLC     CASE NO.: 16-17324

FOR CALENDAR QUARTER ENDING ____March 31____, 20 18

### DISBURSEMENTS*

1. | MONTH | DISBURSEMENTS |
|---|---|
| October 2017 | $ 170,444.88 |
| November 2017 | $ 160,020.64 |
| December 2017 | $ 214,474.57 |
| TOTAL DISBURSEMENTS FOR QUARTER | $ 544,940.09 |

2. QUARTERLY FEE OWED PURSUANT TO 28 U.S.C. § 1930(A)(6)     $ 4,875.00

3. QUARTERLY FEE PAID (Attach proof of payment)     $ $0.00

4. AMOUNT OF UNPAID FEES (IF ANY)     $ $4,875.00

I, Jesse Boyle _____ acting as the duly authorized agent for the Debtor In Possession (Trustee) (Plan Administrator) declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this U.S. Trustee Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: 6/6/2018            _____
                           For the Debtor In Possession (Trustee) (Plan administrator)

(Print or type name and     Jesse Boyle
capacity of person signing
this Declaration).          Manager

* For periods subsequent to plan confirmation, this includes payments pursuant to the confirmed plan as well as all other disbursements.

EXHIBIT "D"

-GROUP EXHIBIT B-