**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RIVER NORTH 414 LLC, *et al.* | ) | Case No. 16-17324 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors.[1] | ) | |
| | ) | |

**SUPPLEMENTAL DECLARATION OF THOMAS R. FAWKES IN SUPPORT OF APPLICATION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a) FOR AUTHORITY TO EMPLOY AND RETAIN GOLDSTEIN & MCCLINTOCK LLLP AS COUNSEL TO THE DEBTORS NUNC PRO TUNC TO MAY 24, 2016**

I, Thomas R. Fawkes, being duly sworn, state the following under penalty of perjury:

1. I am a partner in the law firm of Goldstein & McClintock LLLP ("*G&M*"), located at, among other places, 111 W. Washington St., Suite 1221, Chicago, Illinois 60602. I am a member in good standing of the Bar of the States of Illinois and New York. There are no disciplinary proceedings pending against me. I am fully competent to testify to the matters set forth herein.

2. I submit this declaration to further supplement the *Application of Debtors Pursuant to 11 U.S.C. § 327(a) for Authority to Employ and Retain Goldstein & McClintock LLLP as Counsel to the Debtors Nunc Pro Tunc to May 24, 2016* [Docket No. 23] (the "*Application*"), filed in Case No. 16-17324 (JSB).

3. Although G&M previously disclosed its representation of certain entities owned or managed by Jesse Boyle (a shareholder of PTI and a member of River North) on matters unrelated

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer-identification number, are: (i) River North 414 LLC (0005) and (ii) Premium Themes, Inc. (6440). The chapter 11 case of Premium Themes, Inc. was dismissed by prior order of the Court.

to this chapter 11 case, out of an abundance of caution, G&M discloses that following the dismissal of the chapter 11 case of Premium Themes, Inc. ("*PTI*"), and confirmation of the *Debtor's Second Plan of Reorganization* (the "*Plan*") filed in the chapter 11 case of River North 414, LLC ("*River North*"), it was retained by Jesse Boyle, individually, in two litigation matters, both of which are unrelated to the PTI and River North bankruptcy cases.  The litigation matters in which G&M represents Boyle are:

    a.    *WM Capital Management, Inc. as Successor in Interest to the Federal Deposit Insurance Corporation, as Receiver for Edgebrook Bank v. BOS-1952, LLC, et al.*, Case No. 15-cv-8542 (N.D. Ill.) (the "*WM Action*") – G&M represents Boyle, a defendant in an action brought by WM Capital Management, Inc. to enforce certain purported loan obligations of Boyle to Edgebrook Bank.

    b.    *Boyle v. Gunderson & Tharp, LLC, et al.*, Case No. 16 L 10285 (Circuit Court of Cook County, Illinois) – G&M represents Boyle as plaintiff in a legal malpractice action related to the defense of the WM Action by his predecessor counsel.

4.    G&M makes this supplemental filing to err on the side of disclosure because, while the Plan has been confirmed, it has not yet gone effective.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on November 7, 2018        By: /s/    Thomas R. Fawkes

                                          Thomas R. Fawkes, Esq.
**GOLDSTEIN & MCCLINTOCK LLLP**
111 W. Washington St., Suite 1221
Chicago, Illinois 60602
Telephone: (312) 337-7700
Facsimile: (312) 216-0734
e-mail: tomf@goldmclaw.com

# **CERTIFICATE OF SERVICE**

      I, Thomas R. Fawkes, the undersigned attorney, hereby certify that on November 7, 2018, I caused a copy of the ***Supplement Declaration of Thomas R. Fawkes in Support of Application of Debtors Pursuant to 11 U.S.C. § 327(a) for Authority to Employ and Retain Goldstein & McClintock LLLP as Counsel to the Debtors Nunc Pro Tunc to May 24, 2016*** to be filed via the Court's ECF system and served upon the parties registered to receive ECF notice as indicated below.

                                                                         /s/ Thomas R. Fawkes

**VIA CM/ECF**

Barry A Chatz on behalf of Creditor O.P., L.L.C. / Spectrum Properties
bachatz@arnstein.com, jbmedziak@arnstein.com

Thomas R. Fawkes on behalf of Debtor 1 River North 414 LLC
tomf@goldmclaw.com, tomf@ecf.courtdrive.com

Edward P. Freud on behalf of Creditor Republic Bank of Chicago
epfreud@rfbnlaw.com

Patrick M. Jones on behalf of Creditor Jason Scheffler
pmj@patjonesPLLC.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Kevin H Morse on behalf of Creditor O.P., L.L.C. / Spectrum Properties
khmorse@arnstein.com

4835-3912-1716, v. 2                3